| | | |
|---|---|---|
| KAREN BROWN, INDIVIDUALLY AND ON BEHALF OF 3705 IBERVILLE, L.L.C. | * | NO. 2019-CA-0119 |
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| VERSUS | * | STATE OF LOUISIANA |
| STEVEN L. SEEBER AND 3705 IBERVILLE, L.L.C. | * | |
| | * | |

\* \* \* \* \* \* \*

**LOVE, J., DISSENTS**

I respectfully dissent for the reasons assigned by Judge Ledet.